ACCEPTED
03-14-00555-CR
5237774
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/11/2015 4:34:51 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS

THIRD JUDICIAL DISTRICT

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/11/2015 4:34:51 PM

JEFFREY D. KYLE
Clerk

JOHN TERRY,
     APPELLANT

V.

NO. 03-14-00555-CR

(TRIAL COURT NO. C-1-CR-2011-202939)

STATE OF TEXAS,
     APPELLEE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEALED FROM COUNTY COURT AT LAW NUMBER THREE

OF

TRAVIS COUNTY, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JUDGE JOHN LIPSCOMBE, PRESIDING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR EXTENTION FOR TIME TO FILE BRIEF**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE COURT:

COMES NOW, John Terry, Appellant, by and through his appointed attorney on appeal, Roger M. Nichols, pursuant to Rule 55, Rules of Appellate Procedure, and files this MOTION FOR EXTENSION FOR TIME TO FILE BRIEF OF APPELLANT, and support thereof, would show the Court as follows:

## I.

On August 14, 2014, in the above cause in the County Court at Law Number Three of Travis County, a jury found Appellant guilty of Driving While Intoxicated.

## II.

On August 14, 2014, the trial court assessed the Appellant's punishment at ten (10) days in the Travis County Detention Center, together with a fine of $1,500.00.

## III.

Notice of Appeal was timely filed by Appellant.

## IV.

The transcript and Statement of Facts was filed March 19, 2015.

## V.

Brief of Appellant was due on April 24, 2015. Scheduling issues precluded a timely filing of the brief.

## VI.

Appellant has not asked for any previous extensions of time to file the Brief of Appellant. Counsel for Appellant believes he can have the Brief of Appellant prepared and filed by July 20, 2015.

WHEREFORE, Appellant prays that this Honorable Court, for the reasons set forth above, extend the time for the filing of the Brief of Appellant herein to July 20, 2015.

Respectfully submitted,

/s/ Roger M. Nichols
ROGER M. NICHOLS
7000 N. Mopac, Suite 200
Austin, Texas 78731
512-619-8391
FAX 888-532-4816
State Bar No. 14996760
email:
rogernichols@parolelawfirm.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that on this ____11th____ day of May, 2015, a true and correct copy of the above and foregoing Motion for Extension of Time to File Brief was emailed to Ms. Giselle Horton, at giselle.horton@co.travis.tx.us.

/s/ Roger M. Nichols
ROGER M. NICHOLS

## CERTIFICATE OF COMPLIANCE

I hereby certify that according to my computer program used to prepare the foregoing document, the word count, in accordance with Tex. R. App. P. 9.4, is ____390____ words; and further certify that the brief is in 14-point Times type.

/s/ Roger M. Nichols
ROGER M. NICHOLS